# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | ) Case No.: 1:20-cv-0105 -NONE JLT |
| Plaintiff, | ) ORDER CLOSING THE ACTION<br>) (Doc. 8) |
| v. | ) |
| BRE SELECT HOTELS PROPERTIES LLC, | ) |
| Defendant. | ) |

The plaintiff has filed a notice of voluntary dismissal of the action. (Doc. 8) Federal Rules of Civil Procedure Rule 41(a)(1(A)(1) permits this action in this case. (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to:

1. Terminate the Findings and Recommendation to dismiss this action (Doc. 6);
2. Assign a district judge to this case for purpose of closing this action;
3. Close this action.

IT IS SO ORDERED.

Dated: **April 13, 2020**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE